IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROBERT HALPIN,<br><br>    Reputed Debtor.<br><br>_____<br><br>A.G. CULLEN CONSTRUCTION, INC.,<br><br>    Plaintiff,<br>              vs.<br><br>ROBERT HALPIN,<br><br>    Defendant. | Case No. 18-22057-CMB<br><br>Chapter 7<br><br><br><br>Adv. Pro. No. 20-02191-CMB |

## **CERTIFICATE OF SERVICE**

    I, Gusty A.E. Sunseri, Esq., of Gusty A.E. Sunseri & Associates, P.C.,

CERTIFY:

    That I am, and at all time hereinafter mentioned, was more than 18 years of age:

    That on the 25th day of November, 25, 2020, I served a copy of this Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons, and Early Conference Certification and Stipulation (CMB Form AP−2) filed in this proceeding, by priority U.S. Mail, postage pre-paid, on:

    Rosemary C. Crawford, Esq.
    P.O. Box 355
    Allison Park, PA 15101
    *Chapter 7 Trustee*

    The same was served on Defendant and Defendant's Counsel; however, counsel for Defendant has agreed to waive service and signed a Waiver of Service of Summons, which is being filed contemporaneously with this Certificate of Service.

I certify under penalty of perjury that the foregoing is true and correct.

>Respectfully submitted,
>
>By: /s/ *Gusty A.E. Sunseri*
>Gusty Sunseri, Esquire
>Gusty A. E. Sunseri & Associates, P. C.
>1290 Freeport Road
>Pittsburgh, PA  15234
>Telephone (412) 968-0210
>Fax (412) 968-0254
>Gusty-sunseri@verizon.net
>
>Counsel for Plaintiff
>A.G. CULLEN CONSTRUCTION, INC.

Dated:   November 30, 2020