Form 504 (CMB Form)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Robert Halpin** | : | Bankruptcy No.: 18−22057−CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| **A.G. Cullen Construction, Inc.** | : | |
| | : | Adversary No.: 20−02191−CMB |
| *Plaintiff(s),* | : | |
| | : | |
| v. | : | |
| **Robert O. Halpin** | : | |
| | : | |
| *Defendant(s).* | : | |

## ORDER GOVERNING PRETRIAL MATTERS

    **AND NOW,** this The 19th of March, 2021 , whereas the Parties in the above−captioned adversary proceeding filed their *Early Conference Certification and Stipulation*, It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

☒ The *Early Conference Certification and Stipulation* is adopted in its entirety as filed by the parties.
☐ The *Early Conference Certification and Stipulation* is adopted with the following amendments:

At Pittsburgh, Pennsylvania.

*Carlota M. Böhm, Judge*
United States Bankruptcy Court